IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| MALCOLM SHABAZZ HINES, | ) | |
| Petitioner, | ) | Civil Action No. 7:07CV00360 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, VA DEPT. OF | ) | |
| CORRECTIONS, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that respondent's motion to dismiss is **GRANTED**; the petition for writ of habeas corpus filed by Hines shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

**ENTER:** This 15th day of January, 2008.

/s/ Jackson L. Kiser
Senior United States District Judge